No. 95-8268.  LUKEN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir.  Certiorari denied.

No. 95-8275.  WINDELBERG *v.* THOMPSON, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 95-8278.  SMITH *v.* NUTH, WARDEN, ET AL.  C. A. 4th Cir. Certiorari denied.

No. 95-8285.  SHABAZZ *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 95-8289.  THOMAS *v.* EVANS.  C. A. 11th Cir.  Certiorari denied.

No. 95-8290.  YEOMAN *v.* DILLEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 95-8293.  STEVENS *v.* CITY OF LINCOLN, ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.

No. 95-8294.  PICKLE *v.* DUTTON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 95-8298.  DAWSON *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 95-8306.  HARVEY *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 95-8315.  JETER *v.* DIXON ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 95-8324.  SWENDRA *v.* WOODFORD, JUDGE, JEFFERSON COUNTY DISTRICT COURT, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 95-8341.  POLUR *v.* GRIEVANCE COMMITTEE FOR THE SOUTHERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 95-8352.  AUGUSTIN *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.